CAUSE NO. 67,789-E

FILED
OCT 05 2015
SEVENTH COURT OF APPEALS OF
VIVIAN LONG, CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | POTTER COUNTY, TEXAS |
| V. | § | |
| MICHAEL RAY KENNEDY | § | 108th JUDICIAL DISTRICT |
| Defendant. | | |

COURT OF APPEALS SEVENTH DISTRICT of TEXAS.
Amarillo, Texas.

## REQUEST FOR APPOINTMENT OF COUNSEL

## PURSUANT TO ARTICLE 38.35, CODE OF CRIMINAL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant MICHAEL RAY KENNEDY , T.D.C.J. NO. 1968578 , and requests appointment of counsel to assist Defendant in obtaining an Order for Forensic Analysis from the Court, pursuant to Article 38.35(b)(1)(2)(3), CODE OF CRIMINAL PROCEDURE. Sec.(a)(4)"forensic analysis, means a ballistic or other expert examination or test preformed on physical(EVIDENCE)
Defendant wishes to submit a Motion pursuant to Chapter 38 requesting Forensic Analysis and Testing, and Texas Government Code §411.0205 and Defendant is indigent. An Affidavit of Indigency is attached and incorporated hereto as EXHIBIT "1".

Respectfully submitted,

*Michael Ray Kennedy*

Signature of Defendant, Pro Se

T.D.C.J.# 1968578
Stevenson Unit
1525 FM 766
Cuero, Texas 77954
(361) 275-2075

(3)

Request for Appointment of Counsel
Pro Se, Self-Representing Litigant

CAUSE NO. 67.798-E

THE STATE OF TEXAS                §          IN THE DISTRICT OF

V.                                §      POTTER      COUNTY, TEXAS

MICHAEL RAY KENNEDY               §      108th   JUDICIAL DISTRICT


### ORDER REGARDING APPOINTMENT OF COUNSEL


On this ____ day of September , 2015, Defendant's Request for Appointment of Counsel, together with Defendant's Declaration of Inability to Pay Cost, was presented and heard by the Court.

IT IS ORDERED, ADJUDGED, AND DECREED that the request should be:

_____ GRANTED                _____ DENIED.


IT IS FURTHER ORDERED, ADJUDGED, AND DECREED by the Court that _____ _____ , is appointed to represent Defendant on this **Motion For Forensic Analysis of Physical Evidence** in the above styled and numbered cause.


SIGNED AND ENTERED on this the _____ day of _____ , in the year 2015.


_____
JUDGE PRESIDING


Order Regarding Appointment of Counsel
Pro Se, Self-Representing Litigant                (4)

EXHIBIT (1)

## AFFIDAVIT OF INDIGENCY

Texas Rules of Civil Procedure,
Title 6, Chapter 132, Texas Civil
Practice and Remedies Code.

**NOW RESPECTFULLY** comes Michael Ray Kennedy, T.D.C.J.# 1968578 presently at the Clarence N. Stevenson Unit in Cuero (DeWitt County) Texas, 77954-6300. I declare that I am unable to pay the Court costs in this request to the Court, and requests Leave of the Court to proceed - **in forma pauperis** - in this accompanying request and action while showing the Court the following:

(1) I am presently incarcerated in the Texas Department of Criminal Justice - Correctional Institution Division where I am not permitted to handle money; and

(2) I have no source of income or spousal income; and

(3) I currently have $ 30.00 dollars credited to me in the T.D.C.J. Inmate Trust Fund; and

(4) During my incarceration in the Texas Department of Criminal Justice - Correctional Institution Division, I have approximately $ 25.00 dollars per month as gifts from relatives and friends; and

(5) I neither own nor have an interest in any realty, stocks, bonds or bank accounts, and, I receive no interest or dividend income from any source; and

(6) I have 0 dependants; and

(7) I have total debts of approximately $ 0 dollars; and

(8) I owe $ 0 in restitution; and

(9) My monthly expenses in hygiene and medical expenses are approximately $ 0 dollars.

I, Michael Ray kennedy, T.D.C.J.# 1968578, being presently incarcerated at the Stevenson Unit, located at 1525 FM 766, Cuero, Texas, 77954-6300, (361) 275-2075, declare and verify under penalty of perjury that the foregoing statements in this Affidavit of Indigence are true and correct.

EXECUTED on this 24 day of September, 2015.

Michael Ray Kennedy
Signature of Declarant, Pro Se

NOTE: Amendments to the Texas Civil Practice & Remedies Code §132.001, now allows any party to use an Unsworn Declaration instead of an Affidavit or Verification (2012).

U.S. POSTAGE PAID
AMARILLO, TX
79109
OCT 02. 15
AMOUNT
$6.74
R2304N11779711

79101

1000

UNITED STATES
POSTAL SERVICE®

7015 1660 0000 6526 9958

michael Kennedy 1698696
Stevenson Unit
1525 FM 766
Cuero, TX 77954



4th District Court of Appeals
501 S Filmore St #2A
Amarillo, TX 79101